UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARBARA MAY,

        Plaintiff,

    v.

HONEYWELL INTERNATIONAL, INC.; and METLIFE, INC., dba and/or aka METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation,

        Defendants.

Case No. C05-1957RSM

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF BARBARA MAY , and on behalf of DEFENDANTS in the amount of $4,514.95  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  LONG DISTANCE CALLS | $22.03 | $22.03 | 0 |

Costs incurred for long distance calls are not taxable expenses.

| | | | |
|---|---|---|---|
| II.  DOCUMENTS & RECORDS | $2,499.20 | $1,999.20 | $500.00 |

Only costs associated with obtaining documents and medical records that were actually used in the case are taxable. For the purpose of assessing costs the clerk will allow 20% of the requested amount. This represents the portion of costs incurred for documents and records actually used by counsel.

| | | | |
|---|---|---|---|
| III.  MESSENGER SERVICE | $218.80 | $218.80 | 0 |

Costs for messenger services are not taxable.

TAXATION OF COSTS – 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. COMPUTERIZED LEGAL RESEARCH | $290.58 | $290.58 | 0 |

Costs for computerized legal research are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. STATUTORY FEES | $200.00 | 0 | $200.00 |
| VI. DEPOSITION/MEDIATION COSTS | $6,841.97 | $3,067.02 | $3,774.95 |

Clerk allowed costs incurred for depositions actually used by either party in support of or in opposition to the summary judgment motion. Full costs for obtaining the deposition materials were allowed. Costs for attorney travel and expenses to attend depositions and cost for mediator are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VII WITNESS FEES | $630.00 | $590.00 | $40.00 |

Expert witness fee was not taxable.

Dated this ___12th___ day of SEPTEMBER, 2007 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS – 2